```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 20791
   TARANA S ARMSTRONG
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9345


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/08/2008 and was not confirmed.

     The case was dismissed without confirmation 12/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
DUPAGE COUNTY COURT CLER   UNSECURED          NOT FILED           .00           .00
ASSET ACCEPTANCE           UNSECURED             706.03           .00           .00
SPRINT PCS                 UNSECURED          NOT FILED           .00           .00
EMERGENCY MEDICAL SPECIA   UNSECURED          NOT FILED           .00           .00
TOWN OF CICERO             UNSECURED          NOT FILED           .00           .00
CITY OF CHICAGO DEPT OF    UNSECURED            8240.00           .00           .00
BANK OF AMERICA            UNSECURED          NOT FILED           .00           .00
ADVOCATE BETHANY HOSPITA   UNSECURED          NOT FILED           .00           .00
HSBC/CARSON                UNSECURED          NOT FILED           .00           .00
MTI                        UNSECURED          NOT FILED           .00           .00
SMG                        UNSECURED          NOT FILED           .00           .00
SMG                        UNSECURED          NOT FILED           .00           .00
SMG                        UNSECURED          NOT FILED           .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED          NOT FILED           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED             678.84           .00           .00
MILLENNIUM FINANCIAL GRO   UNSECURED              72.95           .00           .00
MT SINAI HOSPITAL MEDICA   UNSECURED          NOT FILED           .00           .00
MT SINAI HOSPITAL MEDICA   UNSECURED          NOT FILED           .00           .00
COMMONWEALTH EDISON        UNSECURED          NOT FILED           .00           .00
TCF BANK                   UNSECURED          NOT FILED           .00           .00
RMI/MCSI                   UNSECURED             500.00           .00           .00
MCI                        UNSECURED          NOT FILED           .00           .00
SANTANDER CONSUMER USA     SECURED VEHIC       8739.00            .00        225.00
SANTANDER CONSUMER USA     UNSECURED               .94            .00           .00
SAFEWAY MANAGEMENT         NOTICE ONLY        NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT         20.00            .00         20.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         3,500.00                      226.12
TOM VAUGHN                 TRUSTEE                                            36.56
DEBTOR REFUND              REFUND                                            253.84

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     761.52

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 20791 TARANA S ARMSTRONG
```

```
PRIORITY                                                         20.00
SECURED                                                         225.00
UNSECURED                                                          .00
ADMINISTRATIVE                                                  226.12
TRUSTEE COMPENSATION                                             36.56
DEBTOR REFUND                                                   253.84
                                       ---------------   ---------------
TOTALS                                         761.52            761.52
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/10/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE